**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6541**

———————

KELVIN D. SHERMAN,

Plaintiff - Appellant,

versus

JAMES C. CACHERIS; CLAUDE M. HILTON; THOMAS S.
ELLIS, III; JAMES R. SPENCER; LEONIE M.
BRINKEMA; J. HARVIE WILKINSON, III; H. EMORY
WIDENER, JR.; FRANCIS D. MURNAGHAN, JR.; SAM
J. ERVIN, III; WILLIAM WILKINS, JR.; PAUL V.
NIEMEYER; CLYDE H. HAMILTON; J. MICHAEL
LUTTIG; KAREN J. WILLIAMS; M. BLANE MICHAEL;
DIANA GRIBBON MOTZ; WILLIAM B. TRAXLER, JR.;
JOHN D. BUTZNER; KENNETH K. HALL; JAMES
DICKERSON PHILLIPS, JR.; ROBERT B. KING; W.
NEIL HAMMERSTROM; UNKNOWN STAFF ATTORNEYS;
UNKNOWN LAW CLERKS; UNKNOWN COURT CLERKS,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge.
(CA-99-1867)

———————

Submitted: November 20, 2000      Decided: December 6, 2000

———————

Before WIDENER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

Kelvin D. Sherman, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kelvin D. Sherman appeals the district court's order denying relief on his complaint under 28 U.S.C.A. § 1915A (West Supp. 2000).  We have reviewed the record and the district court's opinion and find that this appeal is frivolous.  Accordingly, we dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Sherman v. Cacheris</u>, No. CA-99-1867 (E.D. Va. Mar. 21, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>